```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   CHRISTOPHER D. BAKER
3  PATRICK R. DELAHUNTY
   Assistant United States Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
5  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
6
7  Attorneys for Plaintiff
   United States of America
8
```



FILED
FEB 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:15 CR 0 0 0 4 5   LJO SKO

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| JYOTESHNA KARAN, Aka Jyoti Patel, and MARTIN BAHRAMI, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 19, 2015, charging the above defendants with 18 U.S.C. § 1349 - Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1014 - False Statements to Bank; 18 U.S.C. § 981(a)(1)(C), 982(a)(2)(A) and 28 U.S.C. § 2461(c) - Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the

Motion to Seal Indictment                                1

defendants are in custody or have been given bail, that no person shall disclose the findings of the Indictment or any warrants issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: February 19, 2015         Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                         By      /s/ Mark E. Cullers
                                 MARK E. CULLERS
                                 Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  February 19, 2015        /s/ Sheila K. Oberto
                                 U.S. Magistrate Judge

Motion to Seal Indictment                 2