| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | MARK E. CULLERS<br>CHRISTOPHER D. BAKER |
| 3 | PATRICK R. DELAHUNTY<br>Assistant United States Attorneys |
| 4 | 2500 Tulare Street, Suite 4401<br>Fresno, CA   93721 |
| 5 | Telephone:   (559) 497-4000<br>Facsimile:   (559) 497-4099 |

**SEALED**

**FILED**

JUN 2 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY 

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JYOTESHNA KARAN, ET AL.<br><br>Defendants. | CASE NO.  1"15-CR-045 LJO/SKO<br><br>MOTION AND PROPOSED ORDER TO SEAL SUPERSEING INDICTMENT **ONLY** |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Superseding Indictment **ONLY** returned by the Grand Jury on June 25, 2015, charging the above defendants with 18 U.S.C. 1349-Conspiracy to Commit Mail Fraud and Bank Fraud, 18 U.S.C. § 1341-Mail Fraud, 18 U.S.C. § 1014 and a Criminal Forfeiture Allegations be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that

Motion to Seal Indictment                                       1

1 | until such time as the defendants are in custody or have been given
2 | bail, that no person shall disclose the findings of the Indictment or
3 | any warrants issued pursuant thereto, except when necessary for the
4 | issuance and execution of the warrant.

5 | DATED: June 25, 2015            Respectfully submitted,

6 |                                 BENJAMIN B. WAGNER
7 |                                 United States Attorney

8 |                           By    /s/ Mark E. Cullers
                                    MARK E. CULLERS
9 |                                 Assistant U.S. Attorney

11 |    IT IS SO ORDERED.

12 | Dated:   June 25, 2015         _____
13 |                                U.S. Magistrate Judge