

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-045 LJO/SKO |
| Plaintiff, | (~~PROPOSED~~) ORDER TO UNSEAL COMPLAINT |
| v. | |
| JYOTESHNA KARAN, ET AL. | |
| Defendants. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Superseding Indictment filed on June 25, 2015 be unsealed and become public record.

DATED: June 26, 2015

_____
GARY A. AUSTIN
U.S. MAGISTRATE JUDGE

Motion to Seal Indictment                    2