FRANK C. CARSON (CSB# 136261)
Attorney at Law
811 15th Street
Modesto, CA 95354
Telephone: (209)549-0984
Facsimile: (209)522-4024

Attorney for: **JYOTESHNA KARAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　vs.<br>JYOTESHNA KARAN,<br>　　　　　Defendant. | CASE NO. 1:15-cr-00045 LJO/SKO<br><br>STIPULATION AND ORDER FOR 10-DAY EXTENSION TO PROVIDE PROPERTY BOND |

　　　　It is stipulated that Ms. Jyoteshna Karan be allowed 10 additional days from July 30, 2015, to August 9, 2015, in which to complete the property bond ordered by the Court on June 26, 2015, as part of her pretrial release.

　　　　All other terms and conditions of the defendant's pretrial release to remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


July 29, 2015　　　　　　　　　　　　　　　　/s/   Frank C. Carson
　　　　　　　　　　　　　　　　　　　　　　　Frank C. Carson
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Ms. Karan

　　　　　　　　　　　　　　　　　　　　　　　/s/   Mark E. Cullers
　　　　　　　　　　　　　　　　　　　　　　　Mark E. Cullers
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.

   Dated: __**July 30, 2015**__        _____/s/ Gary S. Austin_____
                                                        UNITED STATES MAGISTRATE JUDGE