**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, JYOTESHNA KARAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>               Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JYOTESHNA KARAN, a/k/a Jyoti Patel,  )<br>a/k/a Jyoteshna Prasad, PRAVEEN  )<br>SINGH, PHUL SINGH, SUNITA SINGH,  )<br>NANI ISAAC, MARTIN BAHRAMI, and  )<br>MAHENDRA PRASAD,  )<br>               Defendants.  )<br>  ) | Case No.: 1:15-CR-00045 DAD/BAM<br><br>**STIPULATION FOR REDUCTION OF PROPERTY BOND AMOUNT AND ORDER** |

TO THE HONORABLE MAGISTRATE JUDGE BARBARA A. McAULIFFE AND THE UNITED STATES OF AMERICA BY AND THROUGH ITS REPRESENTATIVE BENJAMIN B. WAGNER, UNITED STATES ATTORNEY AND PATRICK DELAHUNTY, ASSISTANT UNITED STATES ATTORNEY:

## BACKGROUND

On June 26, 2015, Defendant, JYOTESHNA KARAN, was ordered released from federal custody provided she comply with several conditions. One of those conditions was that she post a $150,000 property bond.

///

Defendant, JYOTESHNA KARAN, through her original attorney, Fred Carson, and her current attorney, Dale A. Blickenstaff, submitted several properties for informal consideration to the government but none was acceptable as security for a bond.

Defendant, JYOTESHNA KARAN, through her attorney, Dale A. Blickenstaff, has now submitted two properties for the government's consideration. The two properties have met with the government's approval despite that their combined available equity is $115,993 and not $150,000.

The Pretrial Services Officer has been consulted on this Stipulation and Proposed Order and has no objection thereto.

THEREFORE:

It is hereby stipulated that the amount of the previously ordered property bond be reduced to coincide with the total equity available in each of the two properties, $45,993 in one and $70,000 in the other, for a combined amount of $115,993.

Dated: December 15, 2015            By   /s/ Patrick R. Delahunty  _____
                                    PATRICK R. DELAHUNTY, Attorney for
                                    Plaintiff, UNITED STATES OF AMERICA

Dated: December 15, 2015            By   /s/ Dale A. Blickenstaff  _____
                                    DALE A BLICKENSTAFF, Attorney for
                                    Defendant, JYOTESHNA KARAN

**ORDER**

**IT IS ORDERED that the property bond heretofore ordered in the amount of $150,000 be reduced to the amount of $115,993. All other conditions to remain the same.**

Dated:  **December 15, 2015**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE