DALE A. BLICKENSTAFF - #40681
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, JYOTESHNA KARAN

FILED
FEB 10 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JYOTESHNA KARAN, a/k/a Jyoti Patel, a/k/a Jyoteshna Prasad, PRAVEEN SINGH, PHUL SINGH, SUNITA SINGH, NANI ISAAC, MARTIN BAHRAMI, and MAHENDRA PRASAD,<br><br>  Defendants. | Case No.: 1:15-CR-00045 DAD/BAM<br><br>APPLICATION TO EXONERATE DEEDS OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECOVERY TITLE OF REAL PROPERTY AND PROPOSED ORDER THERETO |

Defendant, JYOTESHNA KARAN, by and through her attorney, Dale A. Blickenstaff, hereby requests that this court order the exoneration of two Deeds of Trust with Assignment of Rents currently on file with the Stanislaus County Recorder as Document Nos. 2015-0100122-00 and 2015-0100123-00.  Further, the Defendant requests the court order the same properties described above have Title reconveyed to the Trustors.

On June 26, 2015, Defendant, JYOTESHNA KARAN, was ordered released from federal custody provided, among other conditions, she post a property bond in the amount of $150,000. That figure was subsequently reduced to $115,993 by stipulation and order of the court.  That reduced amount represented the entire equity in two properties in Modesto, California.

APPLICATION TO EXONERATE DEEDS OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECOVERY TITLE OF REAL PROPERTY AND PROPOSED ORDER THERETO

1

On December 29, 2015, Trust Deeds with Assignment of Rents were recorded with the Stanislaus County Recorder showing Document Nos. 2015-0100122-00 and 2015-0100123-00. When certified copies of these Deeds were received by Defendant's attorney, Dale A. Blickenstaff, notice was made that in each of the Deeds of Trust, each of the Trustor's (owners) names was in reversed order, ie., Prasad Rajend instead of Rejend Prasad (Doc. No. ending 123) and Sharma Karan instead of Karan Sharma (Doc. No. ending 122).  Also discovered, the Trustee in Document ending 123 was erroneously shown as Homebridge Financial Services, Inc., when it should have been shown as Old Republic Title.  Corrections were made and new Deeds of Trust were prepared for the very same properties.  The corrected versions were forwarded to the Defendant, who subsequently recorded them on January 4, 2016, receiving different Document Nos. of 2016-0000253-00 and 2016-0000254-00.  In hindsight, this re-filing was a mistake and has resulted in confusion.  The corrected and recorded Deeds were submitted to the Court and Counsel and were approved.  The approved Deeds had Document Nos. ending 253 and 254.  When the Clerk's Office for the United States Court received the corrected versions of the Deeds, the Document Nos. did not match the Document Nos. of the first Deeds, copies of which had been forwarded to the Clerk from the Stanislaus County Recorder.  Defense counsel was notified.

After discussion with the Clerk and notification to the government's attorney, it is this counsel's belief that the remedy would be to exonerate the first two recordings (Doc Nos. ending 122 and 123) and leave the latter two in place (Doc Nos. ending 253 and 254).

Therefore, Defendant, JYOTESHNA KARAN, by and through her attorney hereby requests that the Deeds of Trust with Document Nos. 2015-0100122-00 and 2015-0100123-00 now on file with the Stanislaus County Recorder, be exonerated and title of the real property described therein be reconveyed to Sharma Karan shown as Trustor in Doc No. 2015-0100122-00 and to Prasad Rajend shown as Trustor in Doc No. 2015-0100123-00.

Dated:  January 28, 2016

By   /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, JYOTESHNA KARAN

## ORDER

It is hereby Ordered that the Deeds of Trust with Assignment of Rents recorded on December 29, 2015, with the Stanislaus County Recorder as Document Nos. 2015-0100122-00 and 2015-0100123-00 be exonerated and that title to the properties be reconveyed to the respective Trustors.

Dated: 2/10/16

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE