**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, JYOTESHNA KARAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>JYOTESHNA KARAN, a/k/a Jyoti Patel, a/k/a Jyoteshna Prasad, PRAVEEN SINGH, PHUL SINGH, SUNITA SINGH, NANI ISAAC, MARTIN BAHRAMI, and MAHENDRA PRASAD, <br><br>　　　　　Defendants. | Case No.: 1:15-CR-00045 LJO/BAM (001) <br><br>**STIPULATION TO SUBSTITUTE DIFFERENT PROPERTY FOR PROPERTIES PREVIOUSLY POSTED; ORDER** |

　　　　To The Honorable Magistrate Judge Barbara A. McAuliffe and the United States of America by and through its representative Phillip A. Talbert, Acting U.S. Attorney and Patrick Delahunty, Assistant United States Attorney.

## **BACKGROUND**

　　　　On December 15, 2015, the previously ordered property bond amount of $150,000 was reduced to $115,993 as representing the total amount of equity in two residential properties in Modesto, California. Property bonds were approved using those two properties as security.

　　　　One of the owners of those two properties has asked that the encumbrance on his property be removed as he desires to refinance or sell the property to raise funds to treat his

cancer stricken father.

Another property located in Stockton, California is being proposed as security for a new property bond. The Stockton property has an appraised value of $125,000 and there are no liens or encumbrances against it. Thus, the available equity is more than that of the current properties.

The Pretrial Services Officer has been consulted on this Stipulation and Proposed Order and has no objection thereto.

THEREFORE:

It is hereby stipulated that documents may be prepared by Defendant, Jyoteshna Karan and her attorney Dale A. Blickenstaff, which will propose that certain residential property located in Stockton, California be approved as security for a new property bond in the amount of $125,000. Further, once the new bond is approved, that documents be prepared to exonerate the deeds of trust and return the Modesto properties to their owners.

Dated: October 6, 2016

By   /s/   Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, JYOTESHNA KARAN

Dated: October 6, 2016

By   /s/   Patrick Delahunty
PATRICK DELAHUNTY,
Assistant United States Attorney

**ORDER**

The stipulation to substitute property is APPROVED. Further, once the new bond is in place, the Court will exonerate the prior bond.

IT IS SO ORDERED.

Dated: **October 6, 2016**    /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE