**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, JYOTESHNA KARAN



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JYOTESHNA KARAN, a/k/a Jyoti Patel, a/k/a Jyoteshna Prasad, PRAVEEN SINGH, PHUL SINGH, SUNITA SINGH, NANI ISAAC, MARTIN BAHRAMI, and MAHENDRA PRASAD,<br>　　　　　Defendants. | Case No.: 1:15-CR-00045 DAD/BAM<br><br>**APPLICATION TO EXONERATE DEEDS OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECONVEY TITLE OF REAL PROPERTY AND PROPOSED ORDER THERETO** |

Defendant, Jyoteshna Karan, by and through her attorney, Dale A. Blickenstaff, hereby requests that this court order the exoneration of two Deeds of Trust with Assignment of Rents currently on file with the Stanislaus County Recorder as Document Nos. 2016-0000254-00 and 2016-0000253-00. Further, the Defendant requests the court order the same properties described above have title reconveyed to the Trustors.

On June 26, 2015, Defendant Jyoteshna Karan, was ordered released from Federal custody provided, among other conditions, she post a property bond in the amount of $150,000. Subsequently, that figure was reduced to $115,993, which was commensurate with the equity in

APPLICATION TO EXONERATE DEEDS OF TRUST WITH ASSIGNMENT OF RENTS AND TO RECONVEY TITLE OF REAL PROPERTY AND PROPOSED ORDER THERETO

1

two residential properties located in Stanislaus County, CA. The court approved the property bond which has been in place for several months. There have been no violations of the terms of Defendant's pretrial release.

Now, one of the property owners has asked to be relieved of the court's lien because he would like to refinance or sell the property to raise funds to treat his cancer stricken father. The Defendant has asked a friend, Rajinder Sharma, to substitute residential property he owns in Stockton, California to replace the two Stanislaus County properties. The new property has been approved by the court and serves as security for a new property bond.

Therefore, Defendant, Jyoteshna Karan, by and through her attorney, hereby requests that the Deeds of Trust with document numbers 2016-0000254-00 and 2016-0000253-00 now on file with the Stanislaus County Recorder, be exonerated and title to the real property described therein be reconveyed to Karan Sharma shown as Trustor in Doc. No. 2016-0000254-00 and to Rajend Prasad shown as Trustor in Doc. No. 2016-0000253-00.

Dated: October 18, 2016

By    /s/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, JYOTESHNA KARAN

## ORDER

IT IS HEREBY ORDERED THAT the Deeds of Trust with Assignment of Rents Recorded on January 4, 2016, with the Stanislaus County Recorder as Document Nos. 2016-0000254-00 (Doc. 116) and 2016-0000253-00 (Doc. 115) be EXONERATED and that Title to the Properties be RECONVEYED to the respective trustors. .

Dated: 10/18/16

BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

APPLICATION TO EXONERATE DEEDS OF TRUST WITH ASSIGNMENT OF RENTS AND TO
RECONVEY TITLE OF REAL PROPERTY AND PROPOSED ORDER THERETO

2