**MARK W. COLEMAN #117306**
**HARRY M. DRANDELL #109293**
**NUTTALL COLEMAN & DRANDELL**
2333 MERCED STREET
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

Attorneys for Defendant,
JYOTESHNA KARAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00045-LJO-BAM |
| Plaintiff, | |
| v. | **DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE PURSUANT TO RULE 43(c) AND ORDER** |
| JYOTESHNA KARAN, | |
| Defendants. | |

Defendant, JYOTESHNA KARAN, waives her right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.

Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver agrees that her interests will be deemed represented at all times by the presence of her attorneys, Mark W. Coleman and/or Harry M. Drandell, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day and hour the Court may fix in her absence.

1

Defendant further acknowledges that she has been informed of her rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under the Act without Defendant being present.

Dated: October 31, 2017.

/s/ Jyoteshna Karan

JYOTESHNA KARAN

Dated: October 31, 2017.
NUTTALL COLEMAN & DRANDELL

/s/ Harry M. Drandell

HARRY M. DRANDELL

\* \* \* \* \*

**ORDER**

IT IS SO ORDERED.

Dated: **October 31, 2017**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE