```
MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
CHRISTOPHER D. BAKER
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JYOTESHNA KARAN, aka Jyoti Patel, aka Jyoteshna Karan, PRAVEEN SINGH, SUNITA SINGH, and NANI ISAAC,<br><br>　　　　Defendants. | Case No.　1:15-CR-00045 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**<br><br>DATE:　August 6, 2019<br>TIME:　8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous Order of the Court dated November 2, 2017, the trial of this case was continued to January 29, 2019 at 8:30 a.m., with time excluded under 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) and 3161(h)(7)(B)(ii) of the Speedy Trial Act.

2. By this stipulation, defendants now move to continue

the trial until August 6, 2019 at 8:30 a.m., and to exclude time between the date of this stipulation and August 6, 2019 under 18 U.S.C. §§ 3161(h)(1), 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the following:

    a.    Defendant Sunita Singh has a serious medical condition, currently being treated, that would prevent her from meaningfully assisting with her defense should the trial occur in January 2019. Counsel for Ms. Singh is currently unable to prepare for the January 2019 trial in light of Ms. Singh's condition.

    b.    Praveen Singh is a potential witness in a state court criminal trial currently underway in Stanislaus County Superior Court, which may not end until after the current January 29, 2019 trial date.

    c.    All defendants request that any trial on the superseding indictment be a joint trial, necessitating a continuance due to the circumstances of Praveen and Sunita Singh. The next earliest convenient trial date for all parties is August 6, 2019.

    d.    All counsel for the parties agree that the ends of justice served by continuing the trial as set forth above outweigh the best interest of the public and the defendants in a speedy trial, including by providing for continuity of counsel, and reasonable time necessary for effective trial preparation.

    e.    By Order of the Court entered February 23, 2016, and agreement of the parties, the above case was deemed complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii).

1     f.     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    g.     The government does not object to, and stipulates to, the requested continuance.

    h.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    i.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to August 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1), 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///
///
///
///

IT IS SO STIPULATED.

DATED: December 6, 2018              MCGREGOR W. SCOTT
                                     United States Attorney


                                By: /s/Henry Z. Carbajal III
                                     HENRY Z. CARBAJAL III
                                     CHRISTOPHER D. BAKER
                                     Assistant U.S. Attorneys

DATED: December 6, 2018         By: /s/Harry M. Drandell
                                     MARK W. COLEMAN
                                     HARRY M. DRANDELL
                                     Attorney for Defendant
                                     JYOTESHNA KARAN


DATED: December 6, 2018         By: /s/Anthony P. Capozzi
                                     ANTHONY P. CAPOZZI
                                     Attorney for Defendant
                                     PRAVEEN SINGH


DATED: December 6, 2018         By: /s/Virna L. Santos
                                     VIRNA L. SANTOS
                                     Attorney for Defendant
                                     SUNITA SINGH


DATED: December 6, 2018         By: /s/Roger D. Wilson
                                     ROGER D. WILSON
                                     Attorney for Defendant
                                     NANI ISAAC

///

///

///

///

///

///

///

Stipulation
4

**ORDER**

IT IS SO FOUND AND ORDERED this seventh day of December, 2018. The time period of the date of this order to August 6, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1), 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **December 7, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE