MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00045 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE TRIAL DATE, SET CHANGE OF PLEA HEARINGS AND STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| JYOTESHNA KARAN, PRAVEEN SINGH, NANI ISAAC, and SUNITA SINGH | |
|  | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on August 6, 2019 at 8:30 a.m.

2. By this stipulation, the parties now move to vacate the trial date and set the matter for change of plea before the Court as to defendants Jyoteshna Karan, Praveen Singh, for **July 29, 2019 at 1:30 p.m.** and as to defendant Nani Isaac, for **July 26, 2019 at 10:00 a.m.**, and to exclude time between the date of this stipulation and July 29, 2019 under 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

1

3. The parties agree and stipulate, and request that the Court find the following:

a. Defendants Karan, Singh, and Isaac have executed plea agreements with the government, which have been filed with the Court.

b. Counsel for defendant Praveen Singh is currently engaged in a trial in state court, and is unable to attend a change of plea hearing this week (the week of July 15, 2019) or on July 26, 2019 at 10:00 a.m. when the Court is available. Moreover, the parties have been informed that the Court is unavailable for change of plea hearings for most of the week of July 22, 2019, and that other than July 19, 2019 and July 26, 2019 (which counsel for defendant Singh cannot attend due to his trial and other scheduling conflicts), the earliest available date for the change of plea hearings for Singh and Karan is July 29, 2019.

c. Defendant Sunita Singh is being treated for a serious medical condition that prevents her from meaningfully assisting with her defense should the trial occur on August 6, 2019. Counsel for Ms. Singh is currently unable to prepare for the August 6, 2019 trial in light of Ms. Singh's condition. The government anticipates reaching a case resolution as to Ms. Singh by the July 29, 2019 change of plea hearings, and Ms. Singh and the government request that the trial date be vacated as to Ms. Singh and that her matter be set for a **status conference on July 29, 2019, at 8:30 a.m.**, with Ms. Singh's appearance waived consistent with her waiver of appearance on file with the Court.

d. As the defendants do not intend on going to trial, the parties request that the trial date, and all other corresponding Court dates be vacated. Vacating the trial date and pretrial order deadlines will conserve judicial resources as it will avoid the scheduling of a jury panel, the consideration of pretrial filings, and the transportation of witnesses, among other trial preparations, for a case that has been resolved by plea agreements.

e. By previous Court order, time was excluded under the Speedy Trial Act, 18 U.S.C. §

3161, et seq., through and including August 6, 2019 for *inter alia* trial preparation. In an abundance of caution, the parties also request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., from the date of this stipulation through and including July 29, 2019, to allow defendants to continue to consult with counsel, and to prepare for and attend change of plea hearings.

    f.    Counsel for defendants believe that failure to grant the above-requested continuance/time exclusion would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    g.    The government does not object to, and agrees to, the continuance/time exclusion.

    h.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    i.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to July 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: July 18, 2019                                  By: /s/Mark W. Coleman
                                                              MARK W. COLEMAN
                                                              HARRY M. DRANDELL
                                                              Attorney for Defendant
                                                               JYOTESHNA KARAN

DATED: July 18, 2019					By: /s/Anthony P. Capozzi
						ANTHONY P. CAPOZZI
						Attorney for Defendant
						PRAVEEN SINGH

DATED: July 18, 2019					By: /s/Virna L. Santos
						VIRNA L. SANTOS
						Attorney for Defendant
						SUNITA SINGH

DATED: July 18, 2019					By: /s/Roger D. Wilson
						ROGER D. WILSON
						Attorney for Defendant
						NANI ISAAC

DATED: July 18, 2019
						/s/ Henry Z. Carbajal III
						HENRY Z. CARBAJAL III
						Assistant United States Attorney

# O R D E R

IT IS SO FOUND. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to July 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(1)(G), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. At the request of the parties, the August 6, 2019 trial date and all other corresponding Court dates in the above case are **VACATED**.

IT IS SO ORDERED.

Dated: **July 19, 2019**			**/s/ Lawrence J. O'Neill**
						UNITED STATES CHIEF DISTRICT JUDGE

4