**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PRAVEEN SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>JYOTESHNA KARAN and PRAVEEN SINGH,<br>　　　　　Defendants. | Case No.: 1:15-CR-00045 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION AND SENTENCING HEARINGS**<br><br>Date: **November 14, 2019**<br>Time: **8:30 a.m.**<br>Courtroom: **4** |

**TO:　THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the restitution hearing in the above captioned matter now set for Thursday, November 14, 2019, at 8:30 a.m. be continued to **January 9 and 10, 2019, at 8:30 a.m.**

　　The parties also agree to continue the sentencing hearing currently set for December 16, 2019, at 10:00 a.m. to January 21, 2020, at 10:00 a.m.

　　This request is made by all counsel with the understanding that additional time is needed to interview witnesses and prepare documents and charts for the evidentiary hearing on

restitution.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 18, 2019    By: */s/ Henry Z. Carbajal III*
HENRY Z. CARBAJAL III
Assistant United States Attorney


DATED: October 18, 2019    By: */s/ Harry M. Drandell*
HARRY M. DRANDELL
Attorney for Defendant JYOTESHNA KARAN


DATED: October 18, 2019    By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant PRAVEEN SINGH

**ORDER**

GOOD CAUSE SHOWING, it is hereby ordered that the date of the restitution hearing of the defendants in the above-entitled case is continued from November 14 and 15, 2019, at 8:30 a.m. to January 9 and 10, 2019, (it is highly doubtful it will take a second day) at 8:30 a.m. It is further ordered that the sentencing hearing currently set for December 16, 2019, at 10:00 a.m. is continued to January 21, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **October 21, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE