1 **ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
2 1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
3 PHONE: (559) 221-0200
FAX: (559) 221-7997
4 EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com
5

6 ATTORNEY FOR Defendant,
PRAVEEN SINGH

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JYOTESHNA KARAN and PRAVEEN SINGH,<br><br>    Defendants. | Case No.: 1:15-CR-00045 LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION AND SENTENCING HEARINGS**<br><br>Date: **January 9, 2020**<br>Time: **8:30 a.m.**<br>Courtroom: **4** |

**TO: THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the restitution hearing in the above captioned matter now set for Thursday, January 9, 2020, at 8:30 a.m. be continued to April 16, 2020, at 8:30 a.m.

The parties also agree to continue the sentencing hearing currently set for January 21, 2020, at 10:00 a.m. to April 20, 2020, at 10:00 a.m.

This request is made by all counsel with the understanding that additional time is needed to interview witnesses and prepare documents and charts for the evidentiary hearing on restitution.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: December 11, 2019   By: */s/ Henry Z. Carbajal III*
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: December 11, 2019   By: */s/ Mark W. Coleman*
MARK W. COLEMAN
Attorney for Defendant JYOTESHNA KARAN

DATED: December 11, 2019   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant PRAVEEN SINGH

**ORDER**

GOOD CAUSE SHOWING, it is hereby ordered that the date of the restitution hearing of the defendants in the above-entitled case is continued from January 9, 2020, at 8:30 a.m. to April 16, 2020, at 10:00 a.m. It is further ordered that the sentencing hearing currently set for January 21, 2020, at 10:00 a.m. is continued to April 20, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: **December 12, 2019**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE