MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
VINCENTE A. TENNERELLI
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00045 NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| | JUDGE: Dale A. Drozd |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Following the defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on April 17, 2020 at 8:30 a.m. The matter was set for sentencing on May 8, 2020, at 10:00 a.m.

2. By this stipulation, the parties now move to continue the evidentiary/restitution hearing to **July 31, 2020 at 8:30 a.m.** and the sentencing hearing to **August 21, 2020 at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

1

a. Counsel for defendant Praveen Singh needs additional time to fulfill his obligations under the plea agreement. The parties also require additional time to prepare for the evidentiary hearing and sentencing. During the time period for additional preparation, the government plans to prepare and propose a potential stipulated resolution for loss and restitution to defense. The parties would need additional time to explore whether they can come to an agreement that obviates the need for a restitution/evidentiary hearing and streamlines the sentencing hearing.

IT IS SO STIPULATED.

DATED: March 18, 2020						By: /s/Mark W. Coleman
								MARK W. COLEMAN
								HARRY M. DRANDELL
								Attorney for Defendant
								JYOTESHNA KARAN

DATED: March 18, 2020						By: /s/Anthony P. Capozzi
								ANTHONY P. CAPOZZI
								Attorney for Defendant
								PRAVEEN SINGH

DATED: March 18, 2020

								/s/ Henry Z. Carbajal III
								HENRY Z. CARBAJAL III
								Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **March 19, 2020**					_Dale A. Drozd_
								UNITED STATES DISTRICT JUDGE