**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PRAVEEN SINGH

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JYOTESHNA KARAN and PRAVEEN SINGH,<br><br>           Defendants. | Case No.: 1:15-CR-00045-NONE-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION AND SENTENCING HEARINGS**<br><br>Date:  **July 31, 2020**<br>Time: **8:30 a.m.**<br>Courtroom: **4** |

**TO:   THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel as follows:

   1.   Following the Defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on July 31, 2020, at 8:30 a.m. and sentencing hearing on August 21, 2020, at 8:30 a.m.

   2.   By this stipulation, the parties now move to continue the evidentiary/restitution hearing to **November 20, 2020, at 8:30 a.m.** and the sentencing hearing to **December 18, 2020, at 8:30 a.m.** under local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Counsel for Defendant Praveen Singh needs additional time to fulfill his obligations under the plea agreement.

   b. In addition to the public health concerns cited in General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:

      i. The Defendants do not consent, at this time, to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonably available) pursuant to General Order 614.

   c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 31, 2020, to November 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

IT IS SO STIPULATED.

                                    Respectfully submitted,

DATED: July 16, 2020      By: */s/ Henry Z. Carbajal III*
                              HENRY Z. CARBAJAL III
                              Assistant United States Attorney


DATED: July 16, 2020      By: */s/ Mark W. Coleman*
                              MARK W. COLEMAN
                              Attorney for Defendant JYOTESHNA KARAN

DATED:   July 16, 2020          By:   */s/ Anthony P. Capozzi*
                                      ANTHONY P. CAPOZZI
                                      Attorney for Defendant PRAVEEN SINGH

## ORDER

GOOD CAUSE SHOWING, it is hereby ordered that the date of the restitution hearing of the defendants in the above-entitled case is continued from July 31, 2020, at 8:30 a.m. to **November 20, 2020, at 8:30 a.m.** It is further ordered that the sentencing hearing currently set for August 21, 2020, at 8:30 a.m. is continued to **December 18, 2020, at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **July 17, 2020**                    _____Dale A. Drozd_____
                                              UNITED STATES DISTRICT JUDGE