1

**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**

2

1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711

3

PHONE: (559) 221-0200
FAX: (559) 221-7997

4

EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

5

6

ATTORNEY FOR Defendant,
PRAVEEN SINGH

7

8

9

**UNITED STATES DISTRICT COURT**

10

**EASTERN DISTRICT OF CALIFORNIA**

11

\* \* \* \* \* \*

12

UNITED STATES OF AMERICA,

Case No.: 1:15-CR-00045-NONE-BAM

13

Plaintiff,

**STIPULATION AND ORDER TO**
**CONTINUE RESTITUTION AND**
**SENTENCING HEARINGS**

14

v.

15

16

JYOTESHNA KARAN and PRAVEEN
SINGH,

Date:  **November 20, 2020**
Time: **8:30 a.m.**
Courtroom: **4**

17

Defendants.

18

19

**TO:    THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES**
**ATTORNEY:**

20

21

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

22

counsel as follows:

23

        1.      Following the Defendants' guilty pleas, by previous order, this matter was set for

24

evidentiary/restitution hearing on November 20, 2020, at 8:30 a.m. and sentencing hearing on

25

December 18, 2020, at 8:30 a.m.

26

        2.      By this stipulation, the parties now move to continue the evidentiary/restitution

27

hearing to **March 19, 2021, at 8:30 a.m.** and the sentencing hearing to **April 9, 2021, at 8:30**

28

**a.m.** under local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a.     Counsel for Defendant Praveen Singh needs additional time to fulfill his obligations under the plea agreement.

b.     In addition to the public health concerns cited in General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:

i.     The Defendants do not consent, at this time, to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonably available) pursuant to General Order 614.

c.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the original date prescribed by the Speedy Trial Act.

d.     For the purpose of computing time under the Speedy trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2020, to March 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:   October 20, 2020     By:  */s/ Henry Z. Carbajal III*
                                         HENRY Z. CARBAJAL III
                                         Assistant United States Attorney


DATED:   October 20, 2020     By:  */s/ Mark W. Coleman*
                                         MARK W. COLEMAN
                                         Attorney for Defendant JYOTESHNA KARAN

1

2   DATED:      October 20, 2020      By:   */s/ Anthony P. Capozzi*

3                                          ANTHONY P. CAPOZZI
                                           Attorney for Defendant PRAVEEN SINGH
4

5

6                                    **ORDER**

7

8          GOOD CAUSE SHOWING, it is hereby ordered that the date of the restitution hearing

9   of the defendants in the above-entitled case is continued from November 20, 2020, at 8:30 a.m.

10  to **March 19, 2021, at 8:30 a.m.** It is further ordered that the sentencing hearing currently set for

11  December 18, 2020, at 8:30 a.m. is continued to **April 9, 2021, at 8:30 a.m.**

12          **IT IS SO ORDERED.**

13

14  IT IS SO ORDERED.

15   Dated:   **October 21, 2020**             _____

16                                           UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28