**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PRAVEEN SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JYOTESHNA KARAN and PRAVEEN SINGH,<br><br>  Defendants. | Case No.: 1:15-CR-00045-NONE-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION AND SENTENCING HEARINGS**<br><br>Date: **March 19, 2021**<br>Time: **8:30 a.m.**<br>Courtroom: **4** |

**TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel as follows:

   1.   Following the Defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on March 19, 2021, at 8:30 a.m. and sentencing hearing on April 9, 2021, at 8:30 a.m.

   2.   By this stipulation, the parties now move to continue the evidentiary/restitution hearing to **June 25, 2021, at 8:30 a.m.** and the sentencing hearing to **July 23, 2021, at 8:30 a.m.** under local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. Counsel for Defendant Praveen Singh needs additional time to fulfill his obligations under the plea agreement.

    b. In addition to the public health concerns cited in General Order 611 and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because:

        i. The Defendants do not consent, at this time, to proceed using videoconferencing (or telephone conferencing if videoconferencing is not reasonably available) pursuant to General Order 614.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 18, 2021   By: */s/ Henry Z. Carbajal III*
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: February 11, 2021   By: */s/ Mark W. Coleman*
MARK W. COLEMAN
Attorney for Defendant JYOTESHNA KARAN

DATED: February 11, 2021   By: */s/ Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant PRAVEEN SINGH

**ORDER**

GOOD CAUSE SHOWING, it is hereby ordered that the date of the restitution hearing of the defendants in the above-entitled case is continued from March 19, 2020, at 8:30 a.m. to **June 25, 2021, at 8:30 a.m.** It is further ordered that the sentencing hearing currently set for April 9, 2021, at 8:30 a.m. is continued to **July 23, 2021, at 8:30 a.m.**

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **February 19, 2021**            _____
                                                            UNITED STATES DISTRICT JUDGE