IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JYOTESHNA KARAN,<br><br>   Defendant,<br><br>PRAVEEN SINGH,<br><br>   Defendant. | CASE NO. 1:15-CR-00045-NONE-BAM<br><br>**ORDER GRANTING WITHOUT PREJUDICE THE UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR AN ASSET RESTRAINING ORDER** |

On April 28, 2021, the United States filed an *ex parte* application ("Application") for an order preserving Defendants Jyoteshna Karan's ("Karan") and Praveen Singh's ("Singh") interest in real estate and the proceeds from the sale of real estate. (Doc. No. 261.) Although submitted *ex parte*, The application was filed on the court's public docket and was served by CM/ECF upon the counsel of both defendants. Since the filing of the *ex parte* application, counsel for the defendants have failed to register any objection to the entry of the requested order, nor has a hearing on the matter been requested.

The Court, having reviewed the court files and the Application, and finding good cause therefrom, hereby GRANTS, without prejudice to the filing of a motion for reconsideration by defendants through their counsel, the Application and ORDERS as follows:

ORDER

1

1     (1)     Defendants and anyone acting on their behalf are prohibited from alienating, concealing, transferring, selling, encumbering, or taking any action that would diminish the value of Defendants' real property without the consent of the United States;

    (2)     The United States is authorized to record a notice of *lis pendens* on any real property in which Defendants have an interest; and

    (3) Defendants shall account for and remit the proceeds from the sale of the 2408 Kodiak Street property to the Clerk's Deposit Fund to be held until further order of this Court within fourteen (14) days of the date of this order.

IT IS SO ORDERED.

Dated: **April 30, 2021**

_____
UNITED STATES DISTRICT JUDGE

ORDER

2