ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone: (559) 221-0200
Facsimile: (559) 221-7997
E-Mail: Anthony@ capozzilawoffices.com
www;capozzilawoffices.com

Attorney for Defendant,
PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. | CASE NO.: 1:15-CR-00045 NONE-SKO |
| Plaintiff, | STIPULATION TO CONTINUE EVEDENTIARY HEARING AND SENTENCING: FINDINGS AND ORDER |
| v. | JUDGE: Dale A. Drozd |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. Following the defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on June 25, 2021, at 8:30 a.m. The matter was set for sentencing on July 23, 2021, at 8:30 a.m.

2. By this stipulation, the parties now move to continue the evidentiary/ restitution hearing to October 8, 2021, at 8:30 a.m. and the sentencing hearing November 12, 2021, at 8:30 a.m.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendants need additional time to fulfill their obligations under the plea agreement. The parties also require additional time to prepare for the evidentiary hearing and sentencing. During the time period for additional preparation, the government plans to prepare and propose a potential stipulated resolution for loss and restitution to defense. The parties would need additional time to explore whether they can come to an agreement that obviates the need for restitution/evidentiary hearing and streamlines the sentencing hearing.

IT IS SO STIPULATED.

DATED: June 17, 2021, BY: */s/ Mark W. Coleman*

MARK W. COLEMAN
HARRY M. DRANDELL
Attorney for Defendant
JYOTESHNA KARAN

DATED: June 17, 2021, BY: */s/ Anthony P. Capozzi*

ANTHONY P. CAPOZZI, Attorney for
PRAVEEN SINGH

DATED: June 17, 2021, BY: */s/ Henry Z. Carbajal III*

HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: **June 24, 2021**

_____
UNITED STATES DISTRICT JUDGE