ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:          Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JYOTESHNA KARAN and PRAVEEN SINGH,<br><br>　　　　Defendant. | CASE NO.  1:15-CR-00045 NONE-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE RESTITUTION AND SENTENCING HEARINGS**<br><br>Date;   October 8, 2021<br>Time:   8:30 a.m.<br>Courtroom: 4 |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the restitution hearing in the above captioned matter now set for Friday, October 8, 2021, at 8:30 a.m. be continued to January 21, 2022, at 8:30 a.m.

　　　The parties also agree to continue the sentencing hearing currently set for November 5, 2021, at 8:30 a.m. to February 18, 2022, at 8:30 a.m.

　　　This request is made by all counsel with the understanding that additional time is needed to interview witnesses and prepare documents and charts for the evidentiary hearing on restitution and to further discuss settlement.

**IT IS SO STIPULATED.**

                                                  Respectfully submitted,

DATED:  September 17, 2021,       By:     */s/ Henry Z. Carbajal III*_____
                                                            HENRY Z. CARBAJAL III,
                                                            Assistant United States Attorney

DATED:  September 17, 2021,       By:     */s/ Mark W. Coleman*_____
                                                            MARK W. COLEMAN
                                                           Attorney for Defendant JYOTESHNA KARAN

DATED:  September 17, 2021,       By:     */s/ Anthony P. Capozzi*_____
                                                           ANTHONY P. CAPOZZI
                                                          Attorney for Defendant PRAVEEN SINGH

## **ORDER**

    GOOD CAUSE SHOWING, it is hereby ORDERED that the date of the restitution currently set for October 8, 2021, hearing continue to January 21, 2022, at 8:30 a.m.  It is further ordered that the sentencing hearing currently set for November 5, 2021, at 8:30 a.m. is continued to February 18, 2022, at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **September 20, 2021**                     _____
                                                                  UNITED STATES DISTRICT JUDGE