ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.: 1:15-CR-00045-NONE-SKO |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE RESTITUTION AND SENTENCING HEARINGS |
| v. ) | |
| JYOTESHNA KARAN and PRAVEEN SINGH, ) | Date; January 21, 2022 Time: 8:30 a.m. Courtroom: 4 |
| Defendant. ) | |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:

　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the restitution hearing in the above captioned matter now set for Friday January 21, 2022, at 8:30 a.m. be continued to April 15, 2022, at 8:30 a.m.

　　The parties also agree to continue the sentencing hearing currently set for February 18, 2022, at 8:30 a.m. to May 20, 2022, at 8:30 a.m.

　　This request is made by all counsel with the understanding that additional time is needed to interview witnesses and prepare documents and charts for the evidentiary hearing on restitution and to further discuss settlement.

DATED: January 12, 2022,       BY:   */s/ Anthony P. Capozzi*
                                     ANTHONY P. CAPOZZI, Attorney for
                                     PRAVEEN SINGH

DATED: January 12, 2022,       BY:   /s/ Mark W. Coleman
                                     MARK W. COLEMAN, Attorney for
                                     JYOTESHNA KARAN

DATED: January 12, 2022,       BY:   */s/ Henry Z. Carbajal III*
                                     HENRY Z. CARBAJAL III, Assistant United States
                                     Attorney

## **ORDER**

GOOD CAUSE SHOWING, it is hereby ORDERED that the date of the restitution hearing currently set for January 21, 2022, is continued to April 15, 2022, at 8:30 a.m.  It is further ordered that the sentencing hearing currently set for February 18, 2022, at 8:30 a.m. is continued to May 20, 2022, at 8:30 a.m.

IT IS SO ORDERED.

   Dated:   **January 14, 2022**

                                                  UNITED STATES DISTRICT JUDGE