PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00045 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| | JUDGE: Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Following the defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on April 15, 2022. The matter was set for sentencing on May 20, 2022.

2. By this stipulation, the parties now move to continue the evidentiary/restitution hearing to **June 17, 2020 at 8:30 a.m.** and the sentencing hearing to **July 22, 2022 at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

1

Counsel for defendant Praveen Singh needs additional time to fulfill his obligations under his plea agreement. The parties also require additional time to prepare for the evidentiary hearing and sentencing. During the time period for additional preparation, the parties plan to meet regarding a potential stipulated resolution for loss and restitution. The parties need additional time to come to an agreement that obviates the need for a restitution/evidentiary hearing and streamlines the sentencing hearing.

IT IS SO STIPULATED.

DATED: April 11, 2022                By: /s/Mark W. Coleman
                                     MARK W. COLEMAN
                                     Attorney for Defendant
                                     JYOTESHNA KARAN


DATED: April 11, 2022                By: /s/Anthony P. Capozzi
                                     ANTHONY P. CAPOZZI
                                     Attorney for Defendant
                                     PRAVEEN SINGH


DATED: April 11, 2022

                                     /s/ Henry Z. Carbajal III
                                     HENRY Z. CARBAJAL III
                                     Assistant United States Attorney

**O R D E R**

   IT IS SO FOUND.


IT IS SO ORDERED.

   Dated:   **April 13, 2022**

                                     UNITED STATES DISTRICT JUDGE