PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00045 JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| | JUDGE: Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Following the defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on June 17, 2022. The matter was set for sentencing on July 22, 2022.

2. By this stipulation, the parties now move to continue the evidentiary/restitution hearing to **October 28, 2022 at 8:30 a.m.** and the sentencing hearing to **December 2, 2022 at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

1

Counsel for defendant Jyoteshna Karan recently transitioned to a new law office and needs additional time to adjust to the change in offices and prepare for the proceedings in the instant case. In addition, counsel for Praveen Singh will not have availability for a rescheduled hearing until the week of October 24, 2022.  During the time period for additional preparation, the parties plan to meet regarding a potential stipulated resolution for loss and restitution.  The government will make every effort to resolve outstanding issues and avoid any loss or evidentiary hearing, which will leave only a sentencing hearing necessary in this case.

IT IS SO STIPULATED.

DATED: June 14, 2022                           By: /s/Mark W. Coleman
                                               MARK W. COLEMAN
                                               Attorney for Defendant
                                               JYOTESHNA KARAN

DATED: June 14, 2022                           By: /s/Anthony P. Capozzi
                                               ANTHONY P. CAPOZZI
                                               Attorney for Defendant
                                               PRAVEEN SINGH

DATED: June 14, 2022
                                               /s/ Henry Z. Carbajal III
                                               HENRY Z. CARBAJAL III
                                               Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED.

   Dated:   **June 14, 2022**

                                               UNITED STATES DISTRICT JUDGE