PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-cr-00045 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE EVIDENTIARY HEARING AND SENTENCING; FINDINGS AND ORDER |
| v. | |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| | JUDGE: Jennifer L. Thurston |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. Following the defendants' guilty pleas, by previous order, this matter was set for evidentiary/restitution hearing on October 28, 2022. The matter was set for sentencing on December 2, 2022.

2. By this stipulation, the parties now move to continue the evidentiary/restitution hearing to **April 28, 2023, at 8:30 a.m.** and the sentencing hearing to **June 2, 2023 at 8:30 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

1

Counsel for defendant SINGH is currently in a state court trial and has requested a reset hearing and sentencing date. Each defense counsel has impacted availability and interim trial dates at different times with no joint availability for an evidentiary hearing until April 2023. The government has sent defense counsel a proposal on agreed loss calculations for their consideration, and if the parties agree to a proposal, they will inform the Court promptly in order to remove the evidentiary hearing off calendar and proceed to sentencing in accordance with the Probation Office's schedule. The parties do not intend to agree to, or seek, any further extensions of time for the defendants' sentencing hearings.

IT IS SO STIPULATED.

DATED: October 25, 2022            By: /s/Mark W. Coleman
                                   MARK W. COLEMAN
                                   Attorney for Defendant
                                   JYOTESHNA KARAN


DATED: October 25, 2022            By: /s/Anthony P. Capozzi
                                   ANTHONY P. CAPOZZI
                                   Attorney for Defendant
                                   PRAVEEN SINGH


DATED: October 25, 2022
                                   /s/ Henry Z. Carbajal III
                                   HENRY Z. CARBAJAL III
                                   Assistant United States Attorney

**O R D E R**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **October 26, 2022**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE

2