ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:      (559) 221-7997
E-Mail:           Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| UNITED STATES OF AMERICA. | ) | CASE NO. 1:15-CR-00045 NONE-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING OF May 22, 2023.** |
| JYOTESHNA KARAN and PRAVEEN SINGH, | ) | |
| Defendant. | ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

    Defendant, Praveen Singh, by and by his Attorney, Anthony P. Capozzi, moves to continue the Restitution hearing of May 22, to allow the defense additional time to prepare for the hearing. This Motion is based upon the Declaration of Anthony P. Capozzi.

    I, ANTHONY P. CAPOZZI, DECLARE:

1. This attorney has been appointed to represent Praveen Singh.
2. This attorney has been in communication with Assistant United States Attorney, Henry Carbajal and Defense Attorney, Mark Coleman regarding a continuance of the Restitution hearing.
3. The government has provided the defense with the bate numbers of the discovery, previously provided to be used at the hearing.

4. In review of this discovery, issues have arisen as to defendants' knowledge of certain documents.

5. The defense is requesting a continuance to obtain an expert witness regarding the documents in question.

6. The government does not take position on this continuance request, Mark Coleman, attorney for co-defendant Jyoteeshna Karan, does not oppose this motion.

7. All parties are available on September 5, 6, and 8, 2023, to continue this hearing, if agreeable with the court.

8. It is respectfully requested that this hearing be continued to the dates requested.

9. The parties would further stipulate that the Restitution and Sentencing be consolidated.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 17th day of May 2023, at Fresno, California.

Respectfully submitted.

By:    */s/ Anthony P. Capozzi*_____
       ANTHONY P. CAPOZZI
       Attorney for Defendant PRAVEEN SINGH

Dated: May 17, 2023,    By:    */s/ Mark W. Coleman*_____
                               MARK W. COLEMAN, Attorney for
                               JYOTESHNA KARAN

Dated: May 17, 2023,    By:    */s/ Henry Z. Carbajal III*_____
                               HENRY Z. CARBAJAL III,
                               Assistant United States Attorney

**ORDER**

It is hereby ordered that Restitution hearing and Sentencing be continued from May 22, 2023, to September 5, 2023.

IT IS SO ORDERED.

Dated:  **May 18, 2023**

UNITED STATES DISTRICT JUDGE