1   PHILLIP A. TALBERT
United States Attorney
2   HENRY Z. CARBAJAL III
Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
Fresno, CA 93721
4   Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
5
Attorneys for the
6   United States of America

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    CASE NO.  1:15-CR-00045 JLT-SKO

12                                Plaintiff,      STIPULATION TO CONTINUE
                                                  SENTENCING HEARING
13  v.
                                                  DATE:       December 11, 2023
14  JYOTESHNA KARAN, and                          TIME:       10:00 a.m.
    PRAVEEN SINGH,                                JUDGE:      Hon. Jennifer L. Thurston
15
                                Defendants.
16

17
                                      **STIPULATION**
18

19        The United States of America, by and through its counsel of record, and defendant, by and

20  through his counsel of record, hereby stipulate as follows:

21        1.       By previous order, this matter was set for a sentencing hearing on September 5, 2023

22  at 10:00 a.m.

23        2.       By this stipulation, the parties move to continue the sentencing hearing until

24  **December 11, 2023, at 10:00 a.m.**

25        3.       The parties request the continuance so that defendant Singh has adequate time to

26

27  fulfill all of his obligations pursuant to his plea agreement.  The parties also note that the respective

28  plea agreements for Karan and Singh are package agreements.  The parties therefore stipulate and

                                           1

request that the current date set for sentencing be vacated and that the matter be re-set for a

sentencing hearing on December 11, 2023, at 10:00 a.m.

4.     The parties further stipulate and request that the dates for drafting and responding to

any Presentence Investigation Report and any sentencing memorandum be continued in accordance

with this stipulation and the Court's order thereon.

IT IS SO STIPULATED.


DATED:        August 22, 2023


/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney


DATED:        August 22, 2023


/s/Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant
PRAVEEN SINGH


DATED:        August 22, 2023


/s/Mark Coleman
MARK COLEMAN
Counsel for Defendant
JYOTESHNA KARAN

### O R D E R

The Court has reviewed and considered the stipulation of the parties to continue the

sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing

is continued from September 5, 2023 to December 11, 2023, at 10:00 a.m.


IT IS SO ORDERED.

Dated:    **August 23, 2023**

UNITED STATES DISTRICT JUDGE

2