**MARK W. COLEMAN #117306**
**LAW OFFICE OF MARK W. COLEMAN**
2300 TULARE STREET, SUITE 300
FRESNO, CALIFORNIA 93721
PHONE (559) 552-8800
FAX (559) 475-9328

Attorneys for Defendant,
JYOTESHNA KARAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:15-cr-00045-JLT-BAM |
| Plaintiff, | **APPLICATION AND ORDER FOR DEFENDANT TO OBTAIN A COPY OF HER PASSPORT** |
| v. | |
| JYOTESHNA KARAN, | |
| Defendants. | |

Defendant, JYOTESHNA KARAN, by and through her attorney of record, MARK W. COLEMAN, hereby applies to this court for an Order allowing her to obtain photocopies of her passports and passport cards.

Ms. Karan's passports are currently in the custody of the United States District Court, Eastern District of California. Ms. Karan needs copies of her passports and passport cards for use in assisting her parents with renewing their Green Cards.

Counsel for Defendant has corresponded with Assistant U.S. Attorney, Henry Carbajal, and who does not have any objection to this request.

///

///

Dated: <u>October 16, 2023.</u>            Respectfully submitted,

                                                    LAW OFFICE OF MARK W. COLEMAN

                                                   /s/ Mark W. Coleman

                                                 MARK W. COLEMAN
                                                 Attorney for Defendant
                                                 GERARDO ZARAGOZA

Dated: <u>October 16, 2023.</u>            UNITED STATES ATTORNEY'S OFFICE

                                                 /s/ HENRY CARBAJAL

                                                 HENRY CARBAJAL
                                                 Assistant United States Attorney

## **O R D E R**

**IT IS HEREBY ORDERED** that Defendant, JYOTESHNA KARAN, be provided with a photocopy of her passports and identification cards currently in possession of the court. The photocopies shall be provided to Jyoteshna Karan or a representative of the Law Office of Mark W. Coleman.

As this request is for non-case related copies, the Clerk of the Court will charge $.50 per page for the copies. Payment may be made by personal check, cashier's check, money order, or credit card. The person retrieving the copies will be required to show identification.

IT IS SO ORDERED.

Dated:  **October 17, 2023**            /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE