ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:   (559) 221-0200
Facsimile:    (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PRAVEEN SINGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

******

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | CASE NO.  1:15-CR-00045 JLT-SKO |
| Plaintiff, ) ) | **STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING OF** |
| v. ) ) | **December 11, 2023.** |
| JYOTESHNA KARAN and PRAVEEN SINGH, ) ) ) | |
| Defendant. ) ) | |

**TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

    Defendants, Praveen Singh and Joyeshna Karan, by and by their Attorney's, Anthony P. Capozzi, and Mark W. Coleman move to continue the Restitution send Sentencing hearing of December 11, 2023, to allow the defense additional time to prepare for the hearing.  This Motion is based upon the Declaration of Anthony P. Capozzi.

    I, ANTHONY P. CAPOZZI, DECLARE:

1. This attorney has been appointed to represent Praveen Singh.
2. This attorney has been in communication with Assistant United States Attorney, Henry Carbajal and Defense Attorney, Mark Coleman regarding a continuance of the Restitution hearing.

3. The government has provided the defense with the bates numbers of the discovery, previously provided to be used at the hearing.
4. In review of this discovery, issues have arisen as to defendants' knowledge of certain documents.
5. Both defendants are requesting a continuance to obtain an expert witness and for and/or an investigator regarding the documents in question.
6. The government opposes the request for continuance.
7. All parties are available on March 4, 2024, for a hearing if agreeable with the court.
8. It is respectfully requested that this hearing be continued to March 4, 2024.
9. The parties would further stipulate that the Restitution and Sentencing hearings be consolidated.

I declare under penalty and perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 20th day of November 2023, at Fresno, California.

Respectfully submitted.

By: */s/ Anthony P. Capozzi*_____
ANTHONY P. CAPOZZI
Attorney for Defendant PRAVEEN SINGH

Dated: November 20, 2023,   By: */s/ Mark W. Coleman*_____
MARK W. COLEMAN, Attorney for
JYOTESHNA KARAN

Approved as to form only.

Dated: November 20, 2023,   By: */s/ Henry Z. Carbajal III*_____
HENRY Z. CARBAJAL III,
Assistant United States Attorney

## **ORDER**

It is hereby ordered that the Restitution and Sentencing hearing be continued from December 11, 2023, to March 4, 2024.

IT IS SO ORDERED.

Dated:   **November 21, 2023**

_____
UNITED STATES DISTRICT JUDGE