PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00045-JLT-BAM |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| Defendants. | |

Based upon the plea agreements entered into between United States of America and defendants Jyoteshna Karan and Praveen Singh, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b) defendants Jyoteshna Karan's and Praveen Singh's interest in the following property shall be condemned and forfeited to the United States of according to law:

   a. Real Property located at 204 Bettina Avenue, Modesto, Stanislaus County, California, APN: 029-040-007-000, and

   b. A personal money judgment in the amount of $3,017,386, less any offset from the net sale proceeds of the Bettina real property.

   c. A personal money judgment against Praveen Singh in the amount of $3,017,386,

PRELIMINARY ORDER OF FORFEITURE          1

less any offset from the net sale proceeds of the Bettina real property.

2. The above listed assets constitute property derived from or is property that constitutes the proceeds the defendants obtained directly or indirectly, as the result of a violation of 18 U.S.C. § 1349.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

4. a. Pursuant to Fed. R. Crim. P. 32.2(b), 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b) in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **July 26, 2024**

*[signature]*
UNITED STATES DISTRICT JUDGE