PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JYOTESHNA KARAN, and<br>PRAVEEN SINGH,<br><br>Defendants. | CASE NO. 1:15-CR-00045 JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS REPORT AND MOTIONS HEARING<br><br>DATE:   October 21, 2024<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Jennifer L. Thurston |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motions hearing on *inter alia* potential competency issues regarding defendant Karan on September 9, 2024 at 1:30 p.m. The Court also set a date for a joint status report for September 3, 2024.

2. By this stipulation, the parties move to continue the hearing until **October 21, 2024, at 9:00 a.m.**, and the joint status report deadline until **October 15, 2024.**

3. The parties have identified a potential provider for a mental/competency examination for defendant Karan and have had preliminary discussions with the provider. However, the parties

1

require additional time to transmit relevant case materials to the provider and obtain a budget and examination schedule to receive government funding approvals and present the provider to the Court for approval. The parties therefore stipulate and request that the current date set for the motions hearing be reset to October 21, 2024, at 9:00 a.m., with a joint status report due to the Court on October 15, 2024.

    4.    Defendant Singh and his counsel have no objection to continuing the motions hearing and joint status report.

IT IS SO STIPULATED.

DATED: September 3, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: September 3, 2024

/s/Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant
PRAVEEN SINGH

DATED: September 3, 2024

/s/Mark Coleman
MARK COLEMAN
Counsel for Defendant
JYOTESHNA KARAN

/ / /
/ / /
/ / /
/ / /
/ / /

2

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the motions hearing in this case. Good cause appearing, IT IS ORDERED that the motions hearing is continued from September 9, 2024 to October 21, 2024, at 9:00 a.m.  A joint status report is due from the parties on or before October 15, 2024.

IT IS SO ORDERED.

Dated:   **September 4, 2024**

UNITED STATES DISTRICT JUDGE

3