PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>JYOTESHNA KARAN, and<br>PRAVEEN SINGH,<br><br>           Defendants. | CASE NO. 1:15-CR-00045 JLT-SKO<br><br>STIPULATION TO CONTINUE STATUS REPORT AND MOTIONS HEARING<br><br>DATE:     November 18, 2024<br>TIME:     1:30 p.m.<br>JUDGE:   Hon. Jennifer L. Thurston |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motions hearing on *inter alia* potential competency issues regarding defendant Karan on October 21, 2024 at 1:30 p.m. The Court also set a date for a joint status report for September 3, 2024.

2. By this stipulation, the parties move to continue the hearing until **November 18, 2024, at 9:00 a.m.**, and the joint status report deadline until **November 12, 2024.**

3. The parties have received a budget estimate from its agreed provider for a mental/competency examination for defendant Karan. The government has submitted the budget

1

and a request for government funding approvals.  The parties need additional time to get the request processed so that they may submit the provider to the Court for appointment.  The parties therefore stipulate and request that the current date set for the motions hearing be reset to November 18, 2024, at 9:00 a.m., with a joint status report due to the Court on November 12, 2024.

4. Defendant Singh and his counsel have no objection to continuing the motions hearing and joint status report.

IT IS SO STIPULATED.

DATED: October 11, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: October 11, 2024

/s/Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant
PRAVEEN SINGH

DATED: October 11, 2024

/s/Mark Coleman
MARK COLEMAN
Counsel for Defendant
JYOTESHNA KARAN

/ / /
/ / /
/ / /
/ / /
/ / /

2

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the motions hearing in this case. Good cause appearing, IT IS ORDERED that the motions hearing is continued from October 21, 2024 to November 18, 2024, at 9:00 a.m.  A joint status report is due from the parties on or before November 12, 2024.

IT IS SO ORDERED.

Dated:   **October 12, 2024**

UNITED STATES DISTRICT JUDGE

3