PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00045 JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO DISCLOSE PRE-SENTENCE REPORT |
| v. | |
| JYOTESHNA KARAN, | |
| Defendant. | |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motions hearing on *inter alia* potential competency issues regarding defendant Karan on November 18, 2024, at 9:00 a.m. The Court also set a date for a joint status report for November 12, 2024.

2. The parties agreed on provider Forensic Psychiatric Associates, L.P. for a mental/competency examination for defendant Karan. The government received funding approval for the provider, and the provider has begun to receive background documentation about the case and defendant Karan and has scheduled an initial evaluation date with Karan for November 15,

1

2024.

3. Pursuant to Local Rule 460(b), the parties now request the Court's approval to disclose the pre-sentence report (PSR) in the case (Docket No. 305) to the medical/mental health provider, Forensic Psychiatric Associates, L.P., for use in evaluating any competency issues regarding defendant Karan and compiling a report regarding competency for use by the parties and the Court in connection with further proceedings. The PSR contains pertinent information concerning the defendant's offense conduct, and her personal and medical history. Disclosure of the PSR for purposes of the competency evaluation is needed to assist the provider in efficiently completing evaluation of defendant Karan without protracted review of the tens of thousands of pages of underlying discovery in the case.

IT IS SO STIPULATED.

DATED: October 31, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: October 31, 2024

/s/Mark Coleman
MARK COLEMAN
Counsel for Defendant
JYOTESHNA KARAN

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

The Court has reviewed and considered the stipulation of the parties. Good cause appearing, IT IS ORDERED that the parties may disclose the pre-sentence report in the case for defendant Jyoteshna Karan (Docket No. 305) to Forensic Psychiatric Associates, L.P. for purposes of the provider completing a mental/competency examination of defendant Karan and drafting a report regarding the examination.

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **October 31, 2024**

UNITED STATES DISTRICT JUDGE