PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JYOTESHNA KARAN, and<br>PRAVEEN SINGH,<br><br>                          Defendants. | CASE NO.  1:15-CR-00045 JLT-SKO<br><br><u>STIPULATION TO CONTINUE</u><br><u>STATUS REPORT AND MOTIONS</u><br><u>HEARING</u><br><br>DATE:        January 27, 2025<br>TIME:         9:00 a.m.<br>JUDGE:       Hon. Jennifer L. Thurston |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for motions hearing on *inter alia* potential competency issues regarding defendant Karan on November 18, 2024 at 1:30 p.m.  The Court also set a date for a joint status report for November 12, 2024.

2.      By this stipulation, the parties move to continue the hearing until **January 27, 2025, at 9:00 a.m.**, and the joint status report deadline until **January 21, 2025.**

3.      Defendant Karan is set for a mental/competency evaluation with the parties' selected medical provider on or about November 25, 2024.  The parties need additional time for the provider

1

to complete the evaluation and draft a report for the Court's consideration.  The parties therefore stipulate and request that the current date set for the motions hearing be reset to January 27, 2025, at 9:00 a.m., with a joint status report due to the Court on January 21, 2025.

4.    Defendant Singh and his counsel have no objection to continuing the motions hearing and joint status report.

IT IS SO STIPULATED.


DATED:    November 12, 2024

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED:    November 12, 2024

/s/Anthony Capozzi
ANTHONY CAPOZZI
Counsel for Defendant
PRAVEEN SINGH

DATED:    November 12, 2024

/s/Mark Coleman
MARK COLEMAN
Counsel for Defendant
JYOTESHNA KARAN

/ / /

/ / /

/ / /

/ / /

/ / /

**O R D E R**

The Court has reviewed and considered the stipulation of the parties to continue the motions hearing in this case. Good cause appearing, IT IS ORDERED that the motions hearing is continued from November 18, 2024 to January 27, 2025, at 9:00 a.m.  A joint status report is due from the parties on or before January 21, 2025.

IT IS SO ORDERED.

Dated:   **November 12, 2024**

UNITED STATES DISTRICT JUDGE