MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JYOTESHNA KARAN, and<br>PRAVEEN SINGH,<br><br>Defendants. | CASE NO. 1:15-CR-00045-JLT-BAM<br><br>FINAL ORDER OF FORFEITURE AS TO 204 BETTINA AVENUE, MODESTO, CALIFORNIA AND PERSONAL MONEY JUDGMENT AGAINST JYOTESHNA KARAN AND PRAVEEN SINGH |

On July 26, 2024, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), based upon the plea agreements entered into between plaintiff and defendants Jyoteshna Karan and Praveen Singh, forfeiting to the United States the following property:

    a. Real Property located at 204 Bettina Avenue, Modesto, Stanislaus County, California, APN: 029-040-007-000, and more fully described as follows:

    Lot 28 in Book 5309 of Daisy Park No. 2 According to the Official Map Thereof, filed in the Office of the Recorder of Stanislaus County, California, on October 26, 1972 in Volume 24 of Map at Page 7,

    b. A personal forfeiture money judgment against Jyoteshna Karan in the amount of $3,017,386, and

    c. A personal forfeiture money judgment against Praveen Singh in the amount of $3,017,386.

Beginning on March 2, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following entities known to have a potential interest in the property:

   a. Jyoti Karan LLC: On April 7, 2025, a notice letter was sent via certified mail to Jyoti Karan LLC at 946 McHenry Ave, Modesto, CA 95350. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 10, 2025.
   b. Western Funding Incorporated: On April 7, 2025, a notice letter was sent via certified mail to Western Funding Incorporated at 4751 Wilshire Blvd., #100, Los Angeles, CA 90010. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 11, 2025.
   c. Lexington National Insurance Company: On April 7, 2025, a notice letter was sent via certified mail to Lexington National Insurance Company at P.O. Box 6098, Lutherville, MD 21094. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Erika Douglas on April 11, 2025.
   d. Khatri Bros., a California General Partnership: On April 7, 2025, a notice letter was sent via certified mail to Khatri Bros., a California General Partnership at 1608 Sunrise Avenue, Suite 6, Modesto, CA 95350. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 9, 2025.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), including all right, title, and interest of Jyoteshna Karan, Praveen Singh, Jyoti Karan LLC, Western Funding Incorporated, Lexington National Insurance Company, and Khatri Bros., a California General Partnership.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **May 14, 2025**

_____
UNITED STATES DISTRICT JUDGE