ERIC GRANT
United States Attorney
JOSEPH D. BARTON
KEVIN C. KHASIGIAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00045-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION FOR *AMENDED* FINAL ORDER OF FORFEITURE AND ORDER THEREON REGARDING REAL PROPERTY AT 204 BETTINA AVENUE, MODESTO, CALIFORNIA |
| v. | |
| JYOTESHNA KARAN, and PRAVEEN SINGH, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between plaintiff United States of America and defendant Praveen Singh, as representative and on behalf of Jyoti Karan LLC, to compromise and settle its forfeited interest in the real property located at 204 Bettina Avenue, Modesto, California, Stanislaus County, APN: 029-040-007-000, and more fully described in Exhibit A (the "Subject Property"), and to consent to the entry of an *Amended* Final Order of Forfeiture as to the below-listed property only, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c):

      a.    The amount of $225,000.00 in lieu of the real property located at 204 Bettina Avenue, Modesto, California, APN: 029-040-007-000.

1.    On August 1, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between the United States and Jyoteshna Karan and Praveen Singh, forfeiting to the United

States all right, title, and interest of defendants Jyoteshna Karan and Praveen Singh in the following property:

    a. Real Property located at 204 Bettina Avenue, Modesto, Stanislaus County, California, APN: 029-040-007-000, and more fully described as follows: Lot 28 in Book 5309 of Daisy Park No. 2 According to the Official Map Thereof, filed in the Office of the Recorder of Stanislaus County, California, on September 26, 1972 in Volume 24 of Map at Page 7,

    b. A personal forfeiture money judgment against Jyoteshna Karan in the amount of $3,017,386, and

    c. A personal forfeiture money judgment against Praveen Singh in the amount of $3,017,386.

2. Beginning on March 2, 2025, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property. A Declaration of Publication was filed on April 4, 2025.

3. Relative to the Subject Property, the United States sent direct written notice by certified mail to the following entities known to have a potential interest in the property:

    a. Jyoti Karan LLC: On April 7, 2025, a notice letter was sent via certified mail to Jyoti Karan LLC at 946 McHenry Ave, Modesto, CA 95350. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 10, 2025.

    b. Western Funding Incorporated: On April 7, 2025, a notice letter was sent via certified mail to Western Funding Incorporated at 4751 Wilshire Blvd., #100, Los Angeles, CA 90010. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 11, 2025.

    c. Lexington National Insurance Company: On April 7, 2025, a notice letter was sent via certified mail to Lexington National Insurance Company at P.O. Box 6098, Lutherville, MD 21094. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Erika Douglas on April 11, 2025.

    d. Khatri Bros., a California General Partnership: On April 7, 2025, a notice letter was sent via certified mail to Khatri Bros., a California General Partnership at 1608 Sunrise Avenue, Suite 6, Modesto, CA 95350. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on April 9, 2025.

2

Stipulation for Amended Final Order of Forfeiture and Order Thereon Regarding Real Property at 204 Bettina Avenue, Modesto, California

4. No third party has filed a claim to the Subject Property and the time for any person or entity to file a claim has expired.

5. On May 14, 2025, the United States applied for, and the Court granted, a Final Order of Forfeiture forfeiting to the United States, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), the Subject Property, and two personal money judgments against defendant Praveen Singh and defendant Jyoteshna Karan.

6. The United States agrees to convey its interest in the Subject Property to Jyoti Karan LLC, the prior vested owner of the Subject Property, subject to the payment of $225,000 to the United States by or before February 27, 2026. All right, title, and interest in said funds shall be substituted for the Subject Property and forfeited to the United States. Payment should be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

7. Within 30 days of receipt of the $225,000 payment in lieu of the Subject Property, the United States shall withdraw the lis pendens recorded against the Subject Property.

8. If payment of the $225,000 is not made within the time stipulated above, defendant shall be deemed to be in default of this stipulation and the U.S. Marshals Service shall be authorized to sell the Subject Property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

9. All parties to this stipulation hereby release the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of the Subject Property and/or of the $225,000 payment. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not known or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

10. Defendant Praveen Singh, as representative of Jyoti Karan LLC, understands and agrees that by entering into this stipulation, he waives any right to litigate further Jyoti Karan LLC's interest in the Subject Property and to petition for remission or mitigation of the forfeiture.

11. All parties shall bear their own costs and attorney's fees.

Dated: December 9, 2025

ERIC GRANT
United States Attorney

/s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: November 25, 2025

/s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorney for Praveen Singh
as representative of Jyoti Karan LLC

(Original signature retained by attorney)

ORDER

The Court having received, read, and considered the foregoing Stipulation of the parties, and good cause appearing therefrom, the Stipulated Settlement is hereby ADOPTED and APPROVED, and the Court hereby enters an Amended Final Order of Forfeiture on the terms set forth below:

1. An Amended Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the $225,000.00 in lieu of the real property located at 204 Bettina Avenue, Modesto, CA, Stanislaus County, APN: 029-040-007-000, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jyoteshna Karan, Praveen Singh, and Jyoti Karan LLC.

2. On or before February 27, 2026, defendant Praveen Singh shall send a cashier's check in the amount of $225,000.00, made payable to the U.S. Marshals Service, to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, California 93721. Within 30 days of receipt of the $225,000.00, the United States shall withdraw its lis pendens recorded against the Subject Property.

4

Stipulation for Amended Final Order of Forfeiture and Order Thereon Regarding Real Property at 204 Bettina Avenue, Modesto, California

3. Pursuant to 28 U.S.C. § 2461(c), incorporated by 21 U.S.C. § 853(n)(7), upon receipt of the $225,000.00 payment, the United States, by and through this Amended Final Order of Forfeiture, conveys its clear title in the real property located at 204 Bettina Avenue, Modesto, CA, Stanislaus County, APN: 029-040-007-000, to Jyoti Karan LLC.

4. If payment of the $225,000.00 is not made by February 27, 2026, Praveen Singh, as representative of Jyoti Karan LLC, will be deemed to be in default of this stipulation and all right, title, and interest in the Subject Property shall be forfeited to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Jyoteshna Karan, Praveen Singh, Jyoti Karan LLC, Western Funding Incorporated, Lexington National Insurance Company, and Khatri Bros., a California General Partnership.

5. The U.S. Marshals Service shall be authorized to sell the above-referenced Subject Property, in the most commercially feasible manner, as soon as reasonably possible, for the maximum price.

6. The parties agree to execute further documents, to the extent necessary, to further implement the terms of this settlement.

7. The U.S. Marshals Service shall maintain custody of and control over the Subject Property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **December 11, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

5

Stipulation for Amended Final Order of Forfeiture and Order Thereon Regarding Real Property at 204 Bettina Avenue, Modesto, California