**TORRES | TORRES-STALLINGS**
**A LAW CORPORATION**
David A. Torres, State Bar No. 135059
1318 "K" Street
Bakersfield, CA 93301
Tel: (661) 326-0857
email: dtorres@lawtorres.com

Attorney for Defendant
JYOTESHNA KARAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JYOTESHNA KARAN,<br>Defendant. | No. 1:15-cr-00045-JLT-BAM-1<br><br>**MOTION TO WITHDRAW FROM REPRESENTATION OF JYOTESHNA KARAN AS ATTORNEY OF RECORD AND ORDER** |

On February 19, 2026, Defendant, Jyoteshna Karan, was indicted on federal charges. Defense counsel, David A. Torres, was retained to represent Ms. Karan on February 3, 2025, in her criminal case. Ms. Karan was sentenced pursuant to a plea agreement on June 12, 2025. The time for filing a direct appeal was June 26, 2025. No direct appeal was filed. Ms. Karan was out of custody at sentencing and ordered to self-surrender to the Bureau of Prisons on March 15, 2027. The trial phase of Ms. Karan's criminal case has, therefore, come to an end. Having completed his representation of Ms. Karan, defense counsel, David A. Torres, now moves to terminate his representation.

Should Ms. Karan require further legal assistance she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the appointment of counsel to assist her.

Dated: September 8, 2026

Respectfully submitted,

*/s/ David A. Torres*
DAVID A. TORRES, Attorney for
Jyoteshna Karan

**ORDER**

Having reviewed the notice and found that attorney, David A. Torres, has completed the services for which he was retained, the Court hereby grants attorney, David A. Torres's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the appointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, Jyoteshna Karan, at the following address and to update the docket to reflect Defendant's pro se status and contact information:

816 Ladd Road
Modesto, California 95356

IT IS SO ORDERED.

Dated: _September 9, 2026_

UNITED STATES DISTRICT JUDGE